UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Timothy O'Laughlin,

    Petitioner,

vs.              ORDER

Steve Kallis,          Civ. 21-1336 (MJD/LIB)

    Respondent

* * * * * * * * * * * * * * * * *

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated June 16, 2021. [Doc. No. 3] Petitioner has filed an objection to the recommendation that this Court deny his petition.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

1. Petitioner Timothy O'Laughlin's Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED**;

2. This matter is **DISMISSED**; and

3. Petitioner's application to proceed in forma pauperis, [Docket No. 2], is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED:  August 5, 2021                         s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court